1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEANTHONY T. WINSTON,                    No.  1:22-cv-01462-ADA-HBK (HC)

12              Petitioner,                   ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS, DISMISSING
13      v.                                    PETITION FOR WRIT OF HABEAS
                                              CORPUS, AND DIRECTING CLERK OF
14   WARDEN, USP-Atwater,                     COURT TO CLOSE CASE

15              Respondent.                   (ECF Nos. 1, 14)

16

17         Petitioner LeAnthony T. Winston ("Petitioner") is a federal prisoner proceeding *pro se* with

18   a petition for writ of habeas corpus ("Petition") brought pursuant to 28 U.S.C. § 2254.  (ECF No.

19   1.)   This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

20   636(b)(1)(B) and Local Rule 302.

21         On   December   13,   2022,   the   assigned   Magistrate   Judge   issued   findings   and

22   recommendations recommending that the pending petition be dismissed for lack of jurisdiction.

23   (ECF No. 14.)  Those findings and recommendations were served on petitioner and contained notice

24   that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  Petitioner's

25   objections were docketed on January 9, 2023.  (ECF No. 16.)   The objections, to the extent

26   discernable, restate the arguments made in the Petition, and additionally contend that Petitioner is

27   "actually innocent and factually innocent, because the judge failed to instruct the jury of vital

28

                                              1

1    elements required to be found guilty beyond a reasonable double."[1]  (ECF No. 16 at 1.)

2         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

3    *de novo* review of the case.  Thus, having carefully reviewed the entire file, including Petitioner's

4    objections, the Court holds the findings and recommendations to be supported by the record and

5    proper analysis.  Petitioner's arguments are unavailing.  The Court reminds Petitioner that a district

6    court should not entertain a habeas corpus petition while there is an appeal pending.   Here,

7    Petitioner's direct appeal is still pending in the Fourth Circuit.  Therefore, the Court adopts, in full,

8    the Magistrate Judge's findings and recommendations.

9         Accordingly,

10   1.      The findings and recommendations issued on December 13, 2022, (ECF No. 14),

11   are adopted in full;

12   2.      The petition for writ of habeas corpus, (ECF No. 1), is dismissed; and

13   3.      The Clerk of Court is directed to terminate any pending motions/deadlines and

14   CLOSE the case.

15

16

17   IT IS SO ORDERED.

18    Dated:   February 14, 2023                    _____

19                                   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27   _____

[1] On February 6, 2023, Petitioner filed a "Motion for Certificate of Appealability."  (ECF No. 17).  The
28   Court construes this filing as supplemental objections to the findings and recommendations as there was
     no final appealable order at the time it was filed.

2